IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jay David Ramsey, Sr, ) | No. CV 06-648-TUC-FRZ (BPV) |
| ) | |
| Petitioner, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| I. Bartos, Warden, et al., ) | |
| ) | |
| Respondents. ) | |
| ) | |

    Before the Court for consideration is Petitioner's *pro se* Petition for Writ of Habeas Corpus by a Person in State Custody, pursuant to Title 28, U.S.C. § 2254, alleging violations of Petitioner's Fifth and Fourteenth Amendment rights to due process and Sixth Amendment right to a fair trial.

    This matter was referred to the United States Magistrate Judge for all pretrial proceedings and report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) and LRCiv 72.1 and LRCiv 72.2, Rules of Practice of the United States District Court for the District of Arizona.

    Magistrate Judge Bernardo P. Velasco issued his Report and Recommendation, filed July 2, 2008, recommending that the District Court, after its independent review of the record, dismiss this action in its entirety.

    The Report and Recommendation advised the parties that, "[p]ursuant to 28 U.S.C. § 636(b), any party may serve and file written objections . . .."

Although this Court granted Petitioner's motion for an extension of time to file any objection to the Report and Recommendation, no objections were filed for the Court's consideration.

The Report and Recommendation provides an in-depth analysis and thorough discussion of the facts and issues and matters presented.  Also set forth in detail by the Magistrate Judge is the procedural and factual history of the underlying state court criminal action.

The Court, having made an independent review of the record herein, finds that the Report and Recommendation of Magistrate Judge Velasco shall be adopted as the findings of fact and conclusions of law of this Court.

Based on the foregoing,

**IT IS ORDERED** that the Report and Recommendation [Doc. #11] of Magistrate Judge Velasco is hereby **ACCEPTED** and **ADOPTED** as the findings of fact and conclusions of law by this Court;

**IT IS FURTHER ORDERED** that the Petition for Writ of Habeas Corpus is **DENIED** and that this action is hereby dismissed with prejudice.

DATED this 11th day of December, 2008.

*Frank R. Zapata*
FRANK R. ZAPATA
United States District Judge